**Order entered March 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01515-CR
### No. 05-13-01516-CR

**SHEMONT JAYRON GULLATT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-61616-W, F11-70820-W**

## ORDER

The Court **ORDERS** the Dallas County District Clerk to file the clerk's records for these appeals within **FIFTEEN DAYS** of the date of this order.

We **ORDER** appellant to file, within **THIRTY DAYS** of the date of this order, amended briefs that properly cite to the clerk's records.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/      DAVID EVANS
JUSTICE